IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| WILBERT EUGENE PROFFITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.   3:07cv00714 |
| | ) | |
| DANA LAWHORNE, Sheriff, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

O R D E R

It appears from the oral report of the Pretrial Officer that petitioner is in violation of the conditions of his bail.  It is accordingly

ORDERED that a bench warrant issue forthwith for petitioner's arrest.

ENTERED this 20th day of December, 2007.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia